IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


DAVID LAI,

       Appellant,

  v.

                                Case No.    5D22-308
                                LT Case No. 2017-CF-001896-A-O

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed August 16, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

William R. Ponall, of Ponall Law,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.


     AFFIRMED.


SASSO, TRAVER and NARDELLA, JJ., concur.